# EXHIBIT A



**26-CI-00456**

## WEDDINGTON PLAZA PARTNERS LLC VS. OHIO SECURITY INSURANCE CO

**PIKE CIRCUIT COURT**

Filed on **05/11/2026** as **CONTRACT - OTHER** with **HON. HOWARD KEITH HALL**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 26-CI-00456 |
|---|---|

*CONTRACT-OTHER;;*

| Parties | 26-CI-00456 |
|---|---|

**OHIO SECURITY INSURANCE COMPANY** as **DEFENDANT / RESPONDENT**

**Address**

175 BERKELEY ST
BOSTON MA 02116

**Summons**

**CIVIL SUMMONS** issued on **05/11/2026** served / recalled on **05/18/2026** by way of **CERTIFIED MAIL**
*9236090194038374079532; Successful;*

**WEDDINGTON PLAZA PARTNERS LLC** as **PLAINTIFF / PETITIONER**

**Address**

4041 N MAYO TRAIL
PIKEVILLE KY 41501

**TATE, MEAGAN LORENZEN** as **ATTORNEY FOR PLAINTIFF**

**Address**

LAWRENCE & ASSOCIATES
2500 CHAMBER CENTER DRIVE, SUITE 300
FORT MITCHELL KY 41017

**WELLS, JOHN KENDRICK** as **ATTORNEY FOR DEFENDANT**

**Address**

FBT GIBBONS LLP
400 WEST MARKET STREET, 32ND FLOOR
LOUISVILLE KY 40202

| Documents | 26-CI-00456 |
|---|---|

**COMPLAINT / PETITION** filed on **05/11/2026**

**ANSWER** filed on **06/08/2026**

| Images | 26-CI-00456 |
|---|---|

**COMPLAINT / PETITION** filed on **05/11/2026**   *Page(s): 4*

**SUMMONS** filed on **05/11/2026**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **05/11/2026**   *Page(s): 1*

**RECEIPT** filed on **05/12/2026**   *Page(s): 0*

**SUMMONS - RETURN OF SERVICE** filed on **05/19/2026**   *Page(s): 2*

**ANSWER** filed on **06/08/2026**   *Page(s): 6*

**\*\*\*\* End of Case Number : 26-CI-00456 \*\*\*\***

Filed    26-CI-00456 05/11/2026    Anna Pinson Spears, Pike Circuit Clerk

NOT ORIGINAL
DOCUMENT
05/12/2026 07:50:25
AM
89824-7

## IN THE COURT OF COMMON PLEAS
## PIKE COUNTY, KENTUCKY

**WEDDINGTON PLAZA PARTNERS LLC**
4041 N. Mayo Trail
Pikeville, KY 41501
United States of America

Plaintiff,

v.

**OHIO SECURITY INSURANCE COMPANY**
175 Berkeley St
Boston, MA 02116

Defendant.

CASE NO. _____

JUDGE _____

**COMPLAINT AND JURY DEMAND**

Comes now, the Plaintiff, Weddington Plaza Partners LLC, ("Plaintiff" or the "insured"), by and through undersigned counsel, and for these causes of action against Defendant, Ohio Security Insurance Company, ("Defendant" or the "insurer") states as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. At all relevant times, Plaintiff was and is a corporation duly organized and existing under the laws of Kentucky with control and ownership over 4041 N. Mayo Trail, Pikeville, KY 41501 (the "Property").

2. At all relevant times, Defendant was and is a registered insurance company organized and existing under the laws of Kentucky that has engaged in repeated, systematic, and substantial business activities within this state and county.

3. At all relevant times, Defendant solicited and delivered the subject property insurance policy ("Policy") to Plaintiff in this state and within this county.

Presiding Judge: HON. HOWARD KEITH HALL (635407)

COM : 000001 of 000004

Filed    26-CI-00456 05/11/2026    Anna Pinson Spears, Pike Circuit Clerk

Filed

26-CI-00456 05/11/2026

Anna Pinson Spears, Pike Circuit Clerk

NOT ORIGINAL
DOCUMENT
05/12/2026 07:50:25
AM
89824-7

4.  At all relevant times, Plaintiff was the named insured under the Policy, containing policy number BKS (26) 67 30 25 98, with coverage for the Property being effective at all relevant times, including but not limited to the date of loss described in more detail hereafter.

5.  The Policy covers, *inter alia*, structures, appurtenances, and other physical property located at the aforesaid location.

6.  A copy of the Policy is not attached as an exhibit because it is voluminous in nature and already in the possession of the Defendant.

7.  At all relevant times, Plaintiff duly paid all premiums due under the Policy in a timely fashion.

8.  In September of 2024, remnants of Hurricane Helene caused extreme wind at hte subject property which uplifted edges of the property's EPDM roofing on the seams and joint lines.

9.  Plaintiff was unaware of the uplifted edges of the roof seams or other damage at htat time because there were no obvious signs of damage at that time.

10. On January 5 and 6th of 2025, there was a snow and ice storm at the property that caused significant water intrusion through the areas that were damaged due to wind months prior.

11. On or about January 6, 2025, and within the policy period, Plaintiff sustained covered physical losses and damages to the Property due to water damage.

12. Plaintiff reported the loss to Defendant in a timely manner and thereafter complied with all terms and conditions of the Policy, including all conditions precedent, or any such conditions precedent have been waived by Defendant.

Presiding Judge: HON. HOWARD KEITH HALL (635407)

COM : 000002 of 000004

Filed 26-CI-00456 05/11/2026 Anna Pinson Spears, Pike Circuit Clerk

NOT ORIGINAL DOCUMENT

05/12/2026 07:50:25 AM

89824-7

13. Plaintiff has provided Defendant with detailed estimates for said loss and damages and an engineering report explaining the cause of the loss and establishing coverage.

14. Defendant has assigned Claim Number 24242120 to this loss, claims to have evaluated this loss(es), and has acknowledged this loss, including extending coverage to this loss.

15. As a result of the actions of Defendant, Plaintiff has obligated itself to pay reasonable attorneys' fees and costs to bring this action.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT

16. As and for this Cause of Action, Plaintiff incorporates by reference all allegations and averments above as if fully restated herein.

17. Defendant has breached the Policy by not extending full coverage, failing to properly adjust this claim, failing to investigate and/or determine the full scope of damages, and by not paying reasonable and full compensation to Plaintiff for this loss under the Policy.

18. The breach by Defendant is ongoing, material, and without justification.

19. Plaintiff has been damaged by Defendant's breach of contract and is sustaining ongoing and continuing monetary damages.

**WHEREFORE,** on the First Cause of Action, Plaintiff prays for a monetary judgement against Defendant, as and for its damages for breach of contract, for an amount which is fair and reasonable, and consistent with the terms of the Policy and the applicable law, in excess of Twenty Five Thousand Dollars ($25,000.00); Plaintiff further prays for such other relief to which it may be entitled, whether at law or in equity, including an award for reasonable attorneys' fees and costs.

Presiding Judge: HON. HOWARD KEITH HALL (635407)

COM : 000003 of 000004

Filed 26-CI-00456 05/11/2026 Anna Pinson Spears, Pike Circuit Clerk

NOT ORIGINAL DOCUMENT

05/12/2026 07:50:25 AM

89824-7

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully Submitted,

 */s/ Meagan Tate*
Meagan Tate [0094716]
Meagan.tate@lawrencelaws.com
LAWRENCE & ASSOCIATES, LLC
2500 Chamber Center Drive, Suite 300
Fort Mitchell, KY 41017
P. (513) 351-5997
F. (859) 371-5991
*Counsel for Plaintiff*

Presiding Judge: HON. HOWARD KEITH HALL (635407)

COM : 000004 of 000004



| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI | | Case #: **26-CI-00456** |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **PIKE** |
| Court of Justice *Courts.ky.gov* | **CIVIL SUMMONS** | |
| CR 4.02; Cr Official Form 1 | | |

DOCUMENT
AM
NOT ORIGINAL
06/10/2026 11:23:51
89824-16

*Plaintiff,* **WEDDINGTON PLAZA PARTNERS LLC VS. OHIO SECURITY INSURANCE CO**, *Defendant*

TO: **OHIO SECURITY INSURANCE COMPANY**
**175 BERKELEY ST**
**BOSTON, MA 02116**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Pike Circuit Clerk
Date: **5/11/2026**

**Presiding Judge: HON. HOWARD KEITH HALL (635407)**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

**CI : 000001 of 000001**

Summons ID: @90006001767
CIRCUIT: 26-CI-00456 Certified Mail
WEDDINGTON PLAZA PARTNERS LLC VS. OHIO SECURITY INSURANCE CO



Page 1 of 1

**eFiled**



**Commonwealth of Kentucky**
**Anna Pinson Spears, Pike Circuit Clerk**

NOT ORIGINAL DOCUMENT

06/10/2026 11:24:38

AM

| | | |
|---|---|---|
| **Case #:** 26-CI-00456 | **Envelope #:** 13666524 | |
| **Received From:** MEAGAN TATE | **Account Of:** MEAGAN TATE | 89824-16 |
| **Case Title:** WEDDINGTON PLAZA PARTNERS LLC VS. OHI SECURITY INSURANCE CO | **Confirmation Number:** 220567210 | |
| **Filed On** 5/11/2026  11:53:36AM | | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $18.84 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $1.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $0.60 |
| 9 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $310.44 |

Generated: 5/11/2026

AL DOCUMENT

AM



Pike County

Anna Pinson Spears

Circuit Court Clerk

**Receipt Number: 22-0023098-A**

DATE: 05/11/2026

TIME: 12:01 PM EST

*** (Z) OTHER TYPE RECEIPT ***

**CASE NO: 26-CI-00456**

RECEIVED FROM: MEAGAN TATE

ACCOUNT OF: WEDDINGTON PLAZA
PARTNERS LLC VS. OHIO SECURITY
INSURANCE CO
PARTY NAME: MEAGAN TATE

| | | |
|---|---|---:|
| 1. | ATJ Fee (1) | $20.00 |
| 2. | Civil Filing Fee (Q) | $150.00 |
| 3. | Court Technology MCFO(K(CT)) | $20.00 |
| 4. | Library Fee (L) | $1.00 |
| 5. | Court Facilities Fee ([) | $25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | $5.00 |
| 7. | Jury Demand / 12 CS(W(M)) | $70.00 |
| 8. | Postage MCFO(K(H)) | $18.84 |
| 9. | Copy - Photocopy CS(W(F)) | $0.60 |

TOTAL:           $310.44

CREDIT CARD:        $310.44

***DIFF:         $0.00

*** Credit Card Invoice #: 220567210

AL DOCUMENT

13666524

---

*** MultiReceipt/MassReceipt Transaction ***

Reprint : 5/12/2026   7:56:49AM

Prepared By: Web_Payment

Pay Online Visit:

www.kycourts.gov     and click on Pay Fine/Fee.

Reprint



# UNITED STATES
# POSTAL SERVICE™

**DOCUMENT**

**PM**

**NOT ORIGINAL**

**05/19/2026 03:21:00**

**89824-7**

Date Produced: 05/19/2026

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8374 0795 32. Our records indicate that this item was delivered on 05/18/2026 at 01:19 p.m. in BOSTON, MA 02116. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file
as shown below:

OHIO SECURITY INSURANCE COMPANY
175 BERKELEY ST
BOSTON MA 02116

**COR : 000001 of 000002**

Customer Reference Number:        C6819627.41767572

Filed                    26-CI-00456        05/19/2026                    Anna Pinson Spears, Pike Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER:  420021169236090194038374079532

MAILING DATE:        05/11/2026
DELIVERED DATE:    05/18/2026
Custom 1: DriverId-13666524
Custom 2: PartyId-89894072
Custom 3: SummonsNum-@90006001767
Custom 4: CentralMailId-301008
Custom 5: Source County-PIKE

NOT ORIGINAL

05/19/2026 03:21:00

89824-7

MAIL PIECE DELIVERY INFORMATION:

OHIO SECURITY INSURANCE COMPANY
175 BERKELEY ST
BOSTON MA 02116


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 05/11/2026 14:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 05/11/2026 15:54 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 05/13/2026 20:09 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 05/13/2026 21:24 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 05/15/2026 07:45 | PROCESSED THROUGH USPS FACILITY | BOSTON MA DISTRIBUTION CENTER 02205 |
| 05/16/2026 08:22 | PROCESSED THROUGH USPS FACILITY | BOSTON MA DISTRIBUTION CENTER 02205 |
| 05/18/2026 00:53 | PROCESSED THROUGH USPS FACILITY | BOSTON MA DISTRIBUTION CENTER 02205 |
| 05/18/2026 09:50 | ARRIVAL AT UNIT | BOSTON,MA 02116 |
| 05/18/2026 10:01 | OUT FOR DELIVERY | BOSTON,MA 02116 |
| 05/18/2026 10:52 | AVAILABLE FOR PICKUP | BOSTON,MA 02116 |
| 05/18/2026 13:19 | DELIVERED INDIVIDUAL PICKED UP AT PO | BOSTON,MA 02116 |

COR : 000002 of 000002

COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
CASE NO. 26-CI-00456

*Electronically filed*

WEDDINGTON PLAZA PARTNERS LLC                                        PLAINTIFF

VS.

OHIO SECURITY INSURANCE COMPANY                                    DEFENDANT

_____

**OHIO SECURITY INSURANCE COMPANY'S
ANSWER TO PLAINTIFF'S COMPLAINT**

_____

Defendant, Ohio Security Insurance Company ("Ohio Security"), for its Answer to Plaintiff's Complaint ("Complaint") states as follows:

**ALLEGATIONS COMMON TO ALL COUNTS**

1.     In response to Paragraph 1 of the Complaint, Ohio Security states that upon information and belief Plaintiff is a limited liability company organized under the laws of Ohio, Plaintiff is authorized to transact business in Kentucky, and Plaintiff owns and/or controls property located at 4041 N. Mayo Trail, Pikeville, KY 41501.

2.     In response to Paragraph 2 of the Complaint, Ohio Security states that it is an insurance company organized under the laws of New Hampshire, with its principal place of business in Massachusetts. Ohio Security is authorized by the Kentucky Department of Insurance to engage in the business of insurance in Kentucky.

3.     In response to Paragraph 3 of the Complaint, Ohio Security states that it issued a commercial insurance policy to Plaintiff for a shopping strip center at a mailing address of 4041 N. Mayo Trail, Pikeville, KY 41501.

Filed                26-CI-00456        06/08/2026                Anna Pinson Spears, Pike Circuit Clerk

4.      In response to Paragraph 4 of the Complaint, Ohio Security states that it issued a commercial insurance policy, policy number BKS2567302598, with a policy period of February 16, 2024 to February 16, 2025 (the "Policy"), to Plaintiff as the named insured.

5.      In response to Paragraph 5 of the Complaint, Ohio Security states that the Policy's terms, conditions, limitations, and exclusions stand on their own and must be read as a whole. KRS 304.14-360.

6.      Paragraph 6 of the Complaint makes merely descriptive statements to which no response should be required. To the extent a response may be required, Ohio Security admits that it has a copy of the Policy in its possession and has previously provided a copy of the Policy to Plaintiff.

7.      In response to Paragraph 7 of the Complaint, Ohio Security states that the Policy was in effect as of January 6, 2025, and that Plaintiff was current with premium payments at that time.

8.      Ohio Security denies the allegations in Paragraph 8 of the Complaint.

9.      Ohio Security lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9 of the Complaint.

10.     In response to Paragraph 10 of the Complaint, Ohio Security states that, upon information and belief, a snow and ice event occurred on or about January 5th and/or 6th of 2025, but Ohio Security denies the remaining allegations contained in Paragraph 10 of the Complaint.

11.     In response to Paragraph 11 of the Complaint, Ohio Security admits that water penetrated through the roof of the subject property on or about January 6, 2025, but Ohio Security denies that the damage to the roof was covered by the Policy.

41C35FA7-0863-420D-B831-B579351D211A : 000002 of 000006

ANS : 000002 of 000006

12. Paragraph 12 of the Complaint asserts legal conclusions to which no response should be required. To the extent a response may be required, Ohio Security states that it first received notice on January 8, 2025. Ohio Security denies it has waived any conditions, exclusions, or any other provisions of the Policy. Ohio Security currently lacks knowledge or information sufficient to form a belief about whether Plaintiff has complied with all relevant provisions and conditions in the Policy.

13. In response to Paragraph 13 of the Complaint, Ohio Security states that it has received an engineer's report and estimate from Plaintiff, but Ohio Security denies that those documents accurately establish the cause of loss or coverage.

14. In response to Paragraph 14 of the Complaint, Ohio Security admits that it assigned claim number 24242120 to Plaintiff's claim, evaluated the loss, and paid Plaintiff for covered loss for some interior water damage, but Ohio Security denies that claimed damage to the roof is a covered loss.

15. Ohio Security denies the allegations in Paragraph 15 of the Complaint.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT

16. In response to Paragraph 16 of the Complaint, Ohio Security adopts and incorporates by reference all preceding defenses and responses.

17. Ohio Security denies the allegations in Paragraph 17 of the Complaint.

18. Ohio Security denies the allegations in Paragraph 18 of the Complaint.

19. Ohio Security denies the allegations in Paragraph 19 of the Complaint.

20. Ohio Security denies any allegations not specifically admitted in this Answer.

21. Ohio Security relies on all provisions of the Policy, and Ohio Security denies any allegations that mischaracterize or are otherwise inconsistent with the actual terms of the Policy as issued.

## AFFIRMATIVE AND OTHER ADDITIONAL DEFENSES

Ohio Security sets forth the following additional defenses to Plaintiff's Complaint.

1. The Complaint fails, in whole or in part, to state a claim against Ohio Security upon which relief can be granted. CR 12.02(f).

2. Plaintiff's claims against Ohio Security are barred, in whole or in part, because Plaintiffs' alleged roof damage was not caused by and did not result from a covered cause of loss.

3. Plaintiff's claims against Ohio Security may be barred, in whole or in part, because the Policy excludes coverage for loss or damage caused by or resulting from wear and tear, rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage itself, and settling, cracking, shrinking, or expansion.

4. Plaintiff's claims against Ohio Security may be barred, in whole or in part, because the Policy excludes coverage for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

5. Plaintiff's claims against Ohio Security may be barred, in whole or in part, because the Policy excludes coverage for loss or damage caused by or resulting from faulty, inadequate, or defective planning, zoning, development, surveying, siting, design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction, materials used in repair, construction, renovation, or remodeling, or maintenance, of part or all of any property on or off the described premises.

6.      Plaintiff's claims against Ohio Security may be barred, in whole or in part, because the Policy excludes coverage for loss or damage caused by weather conditions unless weather conditions contribute with a covered cause of loss to produce the loss or damage.

7.      Ohio Security relies upon all terms, conditions, exclusions, and provisions set forth in the Policy.

8.      Ohio Security reserves the right to file further pleadings, file appropriate cross claims or third-party Complaints, assert other defenses, affirmative or otherwise, and amend its responses above as the proof in this matter develops.

9.      To the extent applicable as shown by discovery, Ohio Security relies on the defenses contained in CR 8.03 and CR 12.02.

**WHEREFORE**, Defendant Ohio Security Insurance Company respectfully demands that judgment be entered as follows:

(1) Dismissing the Complaint and denying all relief sought by Plaintiff in the Complaint;

(2) Awarding Ohio Security its costs; and

(3) Awarding Ohio Security any and all other relief to which it may appear to be entitled.

Respectfully submitted,

FBT GIBBONS LLP

/s/ Kendrick Wells IV
Kendrick Wells IV (KBA# 90209)
Laura M. Haara (KBA# 86432)
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
Phone: (502) 589-5400 | Fax: (502) 581-1087
Email: kwells@fbtgibbons.com
         lhaara@fbtgibbons.com
*Counsel for Defendant,*
*Ohio Security Insurance Company*

41C35FA7-0863-420D-B831-B579351D211A : 000005 of 000006

ANS : 000005 of 000006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

Meagan Tate
Lawrence & Associates, LLC
2500 Chamber Center Drive, Suite 300
Fort Mitchell, KY  41017
Meagan.tate@lawrencelaws.com

*Counsel for Plaintiff*

 /s/ Kendrick Wells IV
*Counsel for Defendant,*
*Ohio Security Insurance Company*

0000T69.0825116   4915-7216-2225